# NO. 12-21-00209-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *BENITO HINOJOSA,* *APPELLANT* | § | *APPEAL FROM THE 3RD* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,* *APPELLEE* | § | *HENDERSON COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Pursuant to a plea agreement, Benito Hinojosa pleaded "guilty" to evading arrest or detention with a motor vehicle and the trial court sentenced him to seven years in prison. Appellant appealed.

The clerk's record has been filed and the trial court's certification states that this is a plea bargain case and Appellant has no right of appeal, and Appellant waived the right of appeal. The certification is signed by Appellant and his counsel. *See* TEX. R. APP. P. 25.2(d). And as part of the plea agreement, Appellant signed a waiver of appeal.

When the defendant is the appellant, the record must include the trial court's certification of the defendant's right of appeal. *Id*. This Court must dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record." *Id*. Based on our review of the record, the trial court's certification appears to accurately state that Appellant waived his right to appeal. *See **Dears v. State***, 154 S.W.3d 610 (Tex. Crim. App. 2005) (holding that court of appeals should review clerk's record to determine whether trial court's certification is accurate). Because the trial court did not grant Appellant the right to appeal his conviction, we ***dismiss*** the appeal.

Opinion delivered February 9, 2022.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*
(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

FEBRUARY 9, 2022

NO. 12-21-00209-CR

**BENITO HINOJOSA,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the 3rd District Court

of Henderson County, Texas (Tr.Ct.No. CR21-0016-3)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*